**United States District Court**

For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    ,                                        No. C          MEJ

5              Plaintiff,                      CONSENT TO ASSIGNMENT OR
                                               REQUEST FOR REASSIGNMENT.
6       vs.

7    ,

8              Defendant.
                                    /
9

10    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

11         In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby

12   consents to have United States Magistrate Judge conduct any and all further proceedings in the case,

13   including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed

14   before a United States District Judge.

15

16   Dated:_____          _____
                                             Signature
17
                                             Counsel for _____
18

19

20   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL

21   AND DISPOSITION

22         The undersigned party hereby declines to consent to the assignment of this case to a United

23   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

24   a United States District Judge.

25

26   Dated:_____          _____
                                             Signature
27
                                             Counsel for _____
28