1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105-1528
   Tel: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendant
   U.S. FOODSERVICE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIROOZ HAGHIGHI, an individual, | Case No. C 07-02946 MEJ |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| U.S. FOODSERVICE, INC.; and DOES 1–10, inclusive. | |
| Defendants. | |

CASE NO. C 07-02946 MEJ                                                                 PROOF OF SERVICE

**PROOF OF SERVICE**

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On June 13, 2007, I served the following document(s):

**Answer By Defendant U.S. Foodservice, Inc.**

on the parties listed below as follows:

> Richard M Rogers
> Mayo & Rogers
> 114 Sansome Street, #1310
> San Francisco, CA 94104

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2007, at San Francisco, California.

_____s/_____<br>
Andrew Hanna

CASE NO. C 07-02946 MEJ                                                                 PROOF OF SERVICE