RICHARD M. ROGERS, #045843
MAYO & ROGERS
114 SANSOME STREET, #1310
SAN FRANCISCO, CA 94104
TEL:   415/397-1515
FAX:   415/397-1540
EMAIL:  ROGERSRMR@AOL.COM

ATTORNEYS FOR PLAINTIFF
PIROOZ HAGHIGHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIROOZ HAGHIGHI,

        Plaintiff(s),

v.

US FOODSERVICE, INC.

        Defendant(s).

No. C 07-02946 MEJ [ECF]

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6-7-07

Signature _____

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")