1
2
3
4

RICHARD M. ROGERS, #045843
MAYO & ROGERS
114 Sansome Street, #1310
San Francisco, CA 94104
Telephone:     415/397-1515
Facsimile:     415/397-1540
Email:          RogersRMR@aol.com

5
6

Attorneys for Plaintiff
PIROOZ HAGHIGHI

7

# UNITED STATES DISTRICT COURT

8
9

# NORTHERN DISTRICT OF CALIFORNIA

10
11

12

PIROOZ HAGHIGHI,                          )    **CASE NO.:  C07-02946 MJJ [ECF]**
                                          )
13                  Plaintiff,            )    Case filed:              05/01/07
                                          )    Removed to USDC:    06/06/07
14          v.                            )    Case reassigned:       06/18/07
                                          )    Trial date:              TBA
15   US FOODSERVICE, and DOES 1           )
     THROUGH 10, inclusive,               )    **STIPULATION TO CONTINUANCE OF**
16                                        )    **CASE MANAGEMENT CONFERENCE**
                                          )
17                  Defendants.           )    Date:                   09/18/07
     _____ )    Time:                   2:00 p.m.
18                                             Location:              Courtroom 11

19
20
21
22
23
24
25
26
27
28

1    The parties request and stipulate to a thirty day continuance of the Case Management

2  Conference set for September 18, 2007.

3    The reason for the request is that the case is close to settlement.  Thirty days should be

4  sufficient to wrap it up.

5                                              Respectfully submitted,

6  Dated: 09 - 11 - 07                         MAYO & ROGERS

7

8                                          By: _____

9                                              RICHARD M. ROGERS
                                               Attorneys for Plaintiff

10 Dated: 9-11-07                             KERR & WAGSTAFFE

11

12                                         By: _____

13                                             MICHAEL VON LÖWENFELDT
                                               Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C07-02946 MJJ [ECF] – Stipulation to Continuance of Case Management Conference        1