**MAYO & ROGERS**
ATTORNEYS AT LAW
100 BUSH STREET, 21st FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TERENCE O. MAYO
RICHARD M. ROGERS

TELEPHONE
(415)397-1515
FAX (415)397-1540

September 12, 2007

The Honorable Martin J. Jenkins  **Via E-Filing**
U.S. District Court – Northern District of California
450 Golden Gate Avenue, Courtroom 11
San Francisco, CA  94102

Re:    *Haghighi v. US Foodservice*; Case No. C07-02946 MJJ [ECF]

Dear Judge Jenkins:

This case has settled.  The paperwork should be completed within 30 days.

Very truly yours,

MAYO & ROGERS

Richard M. Rogers

RMR/dmr
cc:    Adrian J. Sawyer, Esq.
       Pirooz Haghighi

HAGHIGHI\JUDGE.MJJ-L1.wpd