```
RICHARD M. ROGERS, #045843
MAYO & ROGERS
114 Sansome Street, #1310
San Francisco, CA 94104
Telephone:   415/397-1515
Facsimile:   415/397-1540
Email:       RogersRMR@aol.com

Attorneys for Plaintiff
PIROOZ HAGHIGHI
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIROOZ HAGHIGHI,<br><br>Plaintiff,<br><br>v.<br><br>US FOODSERVICE, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO.: C07-02946 MJJ [ECF]<br><br>Case filed:          05/01/07<br>Removed to USDC:     06/06/07<br>Case reassigned:     06/18/07<br>Trial date:          TBA<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff's counsel, Richard M. Rogers, will have a new address and telephone number effective November 21, 2007, as shown below:

```
Law Office of Richard M. Rogers
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:   415/981-9788
Facsimile:   415/981-9798
Email:       RogersRMR@aol.com
```

Respectfully submitted,

Dated: 10-11-07

MAYO & ROGERS

By: _/s/ Richard M. Rogers_
RICHARD M. ROGERS
Attorneys for Plaintiff

HAGHIGHI/ADDR.CHG.wpd

Case No. C07-02946 MJJ [ECF] – Notice of Change of Address                                      1