1  RICHARD M. ROGERS, #045843
   MAYO & ROGERS
2  114 Sansome Street, #1310
   San Francisco, CA 94104
3  Telephone:   415/397-1515
   Facsimile:   415/397-1540
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   PIROOZ HAGHIGHI
6

7  MICHAEL VON LOWENFELDT, #178665
   ADRIAN J. SAWYER, #203712
8  KERR & WAGSTAFFE LLP
   100 Spear Street, #1800
9  San Francisco, CA 94105
   Telephone:   415/371-8500
10 Facsimile:   415/371-0500
   Email:       sawyer@kerrwagstaffe.com
11
   Attorneys for Defendant
12 US FOODSERVICE

13
                    **UNITED STATES DISTRICT COURT**
14
                   **NORTHERN DISTRICT OF CALIFORNIA**
15

16

17 PIROOZ HAGHIGHI,                    )   CASE NO.:  C07-02946 MJJ [ECF]
                                       )
18          Plaintiff,                 )   Case filed:        05/01/07
                                       )   Removed to USDC:   06/06/07
19     v.                              )   Case reassigned:   06/18/07
                                       )   Trial date:        TBA
20 US FOODSERVICE, and DOES 1          )
   THROUGH 10, inclusive,              )
21                                     )   **STIPULATION TO DISMISSAL; ORDER**
                                       )
22          Defendants.                )
                                       )
23

24

25

26

27

28

---

HAGHIGHI/
DISMISS.STIP.wpd    Case No. C07-02946 MJJ [ECF] – Stipulation to Dismissal; Order

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Dated: 10-29-07

MAYO & ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 11/19/07

KERR & WAGSTAFFE LLP

By: _____
ADRIAN J. SAWYER
Attorneys for Defendants

IT IS SO ORDERED.

Dated: _____   By: _____
JUDGE OF THE U.S. DISTRICT COURT

HAGHIGHI/DISMISS.STIP.wpd

Case No. C07-02946 MJJ [ECF] – Stipulation to Dismissal; Order