1  RICHARD M. ROGERS, #045843
   MAYO & ROGERS
2  114 Sansome Street, #1310
   San Francisco, CA 94104
3  Telephone:   415/397-1515
   Facsimile:   415/397-1540
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   PIROOZ HAGHIGHI
6

7  MICHAEL VON LOWENFELDT, #178665
   ADRIAN J. SAWYER, #203712
8  KERR & WAGSTAFFE LLP
   100 Spear Street, #1800
9  San Francisco, CA 94105
   Telephone:   415/371-8500
10 Facsimile:   415/371-0500
   Email:       sawyer@kerrwagstaffe.com
11
   Attorneys for Defendant
12 US FOODSERVICE

13
# UNITED STATES DISTRICT COURT
14
# NORTHERN DISTRICT OF CALIFORNIA
15

16

17 PIROOZ HAGHIGHI,                         )  CASE NO.:   C07-02946 MJJ [ECF]
                                            )
18         Plaintiff,                       )  Case filed:        05/01/07
                                            )  Removed to USDC:   06/06/07
19    v.                                    )  Case reassigned:   06/18/07
                                            )  Trial date:        TBA
20 US FOODSERVICE, and DOES 1               )
   THROUGH 10, inclusive,                   )
21                                          )  **STIPULATION TO DISMISSAL; ORDER**
                                            )
22         Defendants.                      )
                                            )

23

1  Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with
2  prejudice, pursuant to a Settlement Agreement.

4  Dated: 10-29-07

MAYO & ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

8  Dated: 11/19/07

KERR & WAGSTAFFE LLP

By: /s/ Adrian J. Sawyer
ADRIAN J. SAWYER
Attorneys for Defendants

IT IS SO ORDERED.

Dated: 11/27/07

By: /s/ Martin J. Jenkins
JUDGE OF THE DISTRICT COURT
Judge Martin J. Jenkins

HAGHIGHI/
DISMISS.STIP.wpd

Case No. C07-02946 MJJ [ECF] – Stipulation to Dismissal; Order